# BARTON

Alan T. Gallanty, Esq.
Direct dial: 212-885-8850
agallanty@bartonesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2024

**ATTORNEYS AT LAW**

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax

bartonesq.com

March 12, 2024

**VIA ECF & EMAIL**
Hon. Robert W. Lehrburger
500 Pearl Street, Room 1960
New York, NY 10007
Tel.: (212) 805-0248
Lehrburger_NYSDChambers@nysd.uscourts.gov

Granted. Defendant shall file a properly redacted set of motion papers.

SO ORDERED:

3/12/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**RE:    Letter Motion Requesting a Permanent Seal of ECF Doc. Nos. 14-1 and 14-2 in *Martinez v. GAB.K, LLC et al.*, 1:24-cv-00352-DEH-RWL**

Dear Judge Lehrburger:

This firm represents GAB.K, LLC, Teton Restaurant Group, LLC, and Gabriel Kreuther (collectively, "Defendants") in the above-referenced matter.

On March 11, 2024, Defendants filed a Motion to Compel Arbitration and to Stay Proceedings (the "Motion"). *See* ECF Doc. No. 12. In support of the Motion, Defendants submitted an Affidavit of Eben Dorros ("Affidavit") and inadvertently attached thereto unredacted copies of arbitration agreements which reflected Plaintiff's social security number. *See* ECF Doc. Nos. 14, 14-1 and 14-2.

Section 21.3 of the Electronic Case Filing Rules of the United States District Court for the Southern District of New York ("ECF Rules") requires that personal identification information be redacted from documents filed with the Court.

After discussion with Plaintiff's counsel, we immediately contacted the ECF Help Desk and, in accordance with Section 21.7 of the ECF Rules, requested a temporary seal be placed on ECF Doc. Nos. 14-1 and 14-2.

Therefore, pursuant to Section 21.7 of the ECF Rules and the Appendix to Your Honor's Individual Rules and Practices, Defendants respectfully request that the Court formally seal ECF Doc. Nos. 14-1 and 14-2 in the above-referenced matter. Defendants will immediately refile the Affidavit and redacted copies of ECF Doc. Nos. 14-1 and 14-2.

New York | Los Angeles | Nashville

Hon. Robert. W. Lehrburger<br>
March 12, 2024<br>
Page 2 of 2

Respectfully submitted,

***/s/Alan T. Gallanty***

Alan T. Gallanty


cc:   C.K. Lee, Esq. (via e-mail at cklee@leelitigation.com)